v. Murphy, 234 La. 909, 102 So.2d 61 (1955). We find this bill of exceptions lacks merit.

Defendant's second Bill of Exceptions was taken to the denial of the motion for new trial. The motion for new trial alleged, "Malice after thought (sic) was not proven beyond a reasonable doubt. In fact, there was no showing by evidence of any malice whatsoever." The defendant further reiterated his specification of error set forth in Bill of Exceptions No. 1.

▮▮▮ We assume that counsel for defendant intended to contend the State did not prove beyond a reasonable doubt that the offender had a specific intent to kill or to inflict great bodily harm, See La.R.S. 14:30; however, we find there is ample evidence in the record from which a jury could have presumed such intent. It is only when there is no evidence at all of an essential element of the crime charged that this Court may set aside the conviction on appeal. When there is some evidence to sustain the conviction this Court cannot pass on the sufficiency thereof. State v. Coleman, 260 La. 897, 257 So.2d 652 (1972). This second bill of exceptions lacks merit.

For the reasons assigned, the conviction and sentence are affirmed.

SUMMERS, J., concurs in the decree.

267 So.2d 183

**STATE of Louisiana**

v.

**Willie EDMONSON.**

**No. 52378.**

Oct. 4, 1972.

William E. Woodward, Clinton, for defendant-appellant.

William J. Guste, Jr., Atty. Gen., Warren E. Mouledoux, Asst. Atty. Gen., Richard H. Kilbourne, Dist. Atty., Fred C. Jackson, Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

Willie Edmonson appeals from his conviction of attempted murder. La.R.S. 14:27 and 14:30. He was sentenced to 20 years.

The defendant reserved one bill of exception to the court's denial of an application for a bill of particulars in which he requested pre-trial discovery of information relating to the State's witnesses.

It is now well settled that the information sought by the defendant is not subject to pretrial discovery under our criminal procedure. State v. Davis, 259 La. 35, 249 So.2d 193 (1971); State v. Coney, 258 La. 369, 246 So.2d 793 (1971).

There is no merit in the bill of exception and no error discoverable in our review of the pleadings and proceedings.

The conviction and sentence are affirmed.